**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO: 21-02998-jd |
| David Michael Allen, ) | |
| Julie Mckinney Allen, ) | CHAPTER 13 |
| ) | |
| DEBTORS. ) | |

**NOTICE OF MOTION FOR MORATORIUM**

The above-referenced debtors filed papers with the court seeking a moratorium in their payments.

**Your rights may be affected**. **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the motion, or you want the court to consider your views on the motion, then within twenty-one (21) days of service of this notice, you or your attorney must:

File with the court a written response, return, or objection at:    1100 Laurel Street
                                                                    Columbia, SC 29201

Responses, returns, or objections filed by an attorney must be electronically filed in ecf.scb.uscourts.gov.

If you mail your response, return, or objection to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also send a copy to:    Meredith Law Firm, LLC
                                 4000 Faber Place Drive, Suite 120
                                 North Charleston, SC 29405

Attend the hearing scheduled to be heard on January 15, 2025, at 10:00 a.m. at the United States Bankruptcy Court, 145 King Street, Room 225, Charleston, South Carolina 29401.

If no response, return, and/or objection is timely filed and served, no hearing will be held on this motion, except at the direction of the judge.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief prior to the scheduled hearing date, if determined to be appropriate.

Date: 12/5/24

Respectfully Submitted,

Robert R. Meredith, Jr., DC ID #6152
rmeredith@meredithlawfirm.com
Elizabeth R. Heilig, DC ID #10704
eheilig@meredithlawfirm.com
Meredith Law Firm, LLC
Attorneys for Debtors
4000 Faber Place Drive, Suite 120
North Charleston, SC 29405
P: 843-529-9000
F: 843-529-9907

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE: | ) |
| | ) CASE NO: 21-02998-jd |
| David Michael Allen, | ) |
| Julie Mckinney Allen, | ) CHAPTER 13 |
| | ) |
| DEBTORS. | ) |
| | ) |

**MOTION FOR MORATORIUM**

The undersigned, as attorney for the debtors, hereby moves for a moratorium of three (3) months in the debtors' payments to the Chapter 13 Trustee in this matter. Mrs. Allen recently lost her job and the unanticipated reduction in household income left the debtors unable to fund their payments to the Chapter 13 Trustee. The debtors seek this moratorium to allow them to maintain their household bills and living expenses while Mrs. Allen seeks new employment. The debtors are informed and believe that they will be able to resume the obligations pursuant to the confirmed plan of reorganization at the conclusion of the requested moratorium.

Pursuant to 11 U.S.C. § 1329 the debtors' plan of reorganization may be modified upon request of the debtors to: "(1) increase or reduce the amount of payments on claims of a particular class provided for under the plan; (2) extend or reduce the time for such payments; (3) alter the amount of distribution to a creditor whose claim is provided for by the plan to the extent necessary to take into account of any payment of such claim other than under the plan."

Wherefore, the debtors pray that this court issue its order granting the debtors a moratorium in their payments to the Chapter 13 Trustee beginning with the December 2024 payment and including the January 2025 and February 2025 payments, after which the debtors shall resume the payments to the trustee beginning with the March 2025 payment and continue as previously ordered as well as any other relief that this court deems just and proper.

Date: 12/5/24

Respectfully Submitted,

Robert R. Meredith, Jr., DC ID #6152
rm@meredithlawfirm.com
Elizabeth R. Heilig, DC ID #10704
eheilig@meredithlawfirm.com
Meredith Law Firm, LLC
Attorneys for Debtors
4000 Faber Place Drive, Suite 120
North Charleston, SC 29405
P: 843-529-9000
F: 843-529-9907

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE: | )  |
| | ) CASE NO: 21-02998-jd |
| David Michael Allen, | ) |
| Julie Mckinney Allen, | ) CHAPTER 13 |
| | ) |
| DEBTORS. | ) |
| | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the within Notice and Motion for Moratorium was duly served upon the parties below named, either by depositing said papers in the United States Mail at Charleston, South Carolina, on this date, with first class postage duly affixed and a return address clearly indicated on said envelope to the address below indicated or electronically through CM/ECF.

**VIA US MAIL**
[See attached list]

**ELECTRONICALLY**
James M. Wyman, Esquire
Chapter 13 Trustee
PO Box 997
Mt. Pleasant, SC 29465-0997

US Trustee Region 4
1835 Assembly Street #953
Columbia, SC 29201-2448

Date: 12/5/24

_____
Kristen E. Buck, Legal Assistant to
Robert R. Meredith, Jr., DC ID #6152
rm@meredithlawfirm.com
Elizabeth R. Heilig, DC ID #10704
eheilig@meredithlawfirm.com
Meredith Law Firm, LLC
Attorneys for Debtors
4000 Faber Place Drive, Suite 120
North Charleston, SC 29405
P: 843-529-9000
F: 843-529-9907

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0420-2<br>Case 21-02998-jd<br>District of South Carolina<br>Charleston<br>Thu Dec  5 14:00:24 EST 2024 | AFS/AmeriFinancial Solutions, LLC.<br>Attn: Bankruptcy<br>Po Box 65018<br>Baltimore MD 21264-5018 | David Michael Allen<br>5265 Lenora Dr.<br>Summerville, SC 29485-8986 |
| Julie Mckinney Allen<br>5265 Lenora Dr.<br>Summerville, SC 29485-8986 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | (p)AMERICOLLECT INC<br>PO BOX 2080<br>MANITOWOC WI 54221-2080 |
| Amex<br>Correspondence/Bankruptcy<br>Po Box 981540<br>El Paso TX 79998-1540 | Bon Secours St. Francis Hospital<br>PO Box 650292<br>Dallas TX 75265-0292 | Capital One Auto Finance<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City UT 84130-0285 |
| Capital One Auto Finance, a division of Capi<br>P.O. Box 4360<br>Houston, TX 77210-4360 | Capital One Auto Finance, a division of Capi<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Child Support Recovery Unit<br>501 Sycamore st., Ste 400<br>Waterloo, IA 50703-4651 |
| Credit Solutions, LLC<br>2277 Thunderstick Dr., Ste 400<br>Lexington KY 40505-4878 | Daniel R. Kelly, Esq.<br>220 South Sixth Street<br>Suite 2200<br>Minneapolis MN 55402-4504 | (p)H & R ACCOUNTS   INC<br>5320 22ND AVENUE<br>MOLINE IL 61265-3627 |
| Elizabeth R. Heilig<br>Meredith Law Firm, LLC<br>4000 Faber Place Drive<br>Suite 120<br>North Charleston, SC 29405-8585 | Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia PA 19101-7346 | Iowa Department of Human Services<br>Collection Services Center<br>P.O. Box 9125<br>Des Moines IA 50306-9125 |
| Jeffrey J. Maleska, Esq.<br>220 South Sixth Street<br>Suite 2200<br>Minneapolis MN 55402-4504 | John and Courtni Wicker<br>2912 Mineral Springs<br>Schertz, TX 78108-3487 | Kannegiesser ETECH, Inc.<br>2090 SE Elm St.<br>Minneapolis MN 55414-2531 |
| MUSC Health<br>1 Poston Road Suite 350<br>Charleston SC 29407-3431 | Meredith Law Firm, LLC<br>4000 Faber Place Drive<br>Suite 120<br>North Charleston SC 29405-8585 | Milissa Mccombs<br>2931 50th Avenue SE<br>Rochester MN 55904-9039 |
| Perdue Brandon FielderCollins & Mott LLP<br>P.O. Box 817<br>Lubbock TX 79408-0817 | Pinnacle Credit Services, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Roper St. Francis Physicians<br>PO Box 650292<br>Dallas TX 75265-0292 |
| SC Department of Revenue<br>PO Box 12265<br>Columbia SC 29211-2265 | South Carolina Sleep Medicine<br>92 Springview Lane<br>Summerville SC 29485-8153 | Synchrony/Ashley Furniture Homestore<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando FL 32896-5060 |

| | | |
|---|---|---|
| Telecom Self-reported<br>Po Box 4500<br>Allen TX 75013-1311 | US Trustee's Office<br>Strom Thurmond Federal Building<br>1835 Assembly Street<br>Suite 953<br>Columbia, SC 29201-2448 | USAA Federal Savings Bank<br>Attn: Bankruptcy<br>10750 Mcdermott Freeway<br>San Antonio TX 78288-1600 |
| Walker County JP3<br>2986a Sh19 S.<br>Huntsville TX 77320 | Wells Fargo Bank, N.A.<br>Wells Fargo Card Services<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438 | Wells Fargo Bank, NA<br>PO Box 6995<br>Portland OR 97228-6995 |
| James M. Wyman<br>PO Box 997<br>Mount Pleasant, SC 29465-0997 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Americollect, Inc<br>1851 S. Alverno Rd.<br>Manitowoc WI 54221 | H&R Accounts<br>5320 22nd Avenue<br>Moline IL 61266 | End of Label Matrix<br>Mailable recipients   36<br>Bypassed recipients    0<br>Total                 36 |