**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE: | ) |
| | ) CASE NO: 21-02998-jd |
| David Michael Allen, | ) |
| Julie Mckinney Allen, | ) CHAPTER 13 |
| | ) |
| DEBTORS. | ) |
| | ) |

**ORDER**

Before the court is the debtors' motion for a moratorium of three (3) months in the debtors' payments to the Chapter 13 Trustee under the Chapter 13 plan of reorganization. As no objections to the granting of this motion have been filed with the court, it is, therefore,

ORDERED, ADJUDGED AND DECREED that the debtors shall have a moratorium in their payments to the trustee beginning with the December 2024 payment and including the January 2025 and February 2025 payments, after which the debtors shall resume the payments to the trustee beginning with the March 2025 payment pursuant to the confirmed plan of reorganization. However, should the debtors fail to make the regular payment due in March 2025, this case may be dismissed, without further notice or hearing, upon the request of the Trustee.

IT IS SO ORDERED.