**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **CASE NO: 21-02998-jd** |
| David Michael Allen, | ) | |
| Julie Mckinney Allen, | ) | **CHAPTER 13** |
| | ) | |
| DEBTORS. | ) | |

**CERTIFICATE OF SERVICE AND NOTICE OF SUPPLEMENTAL FEES**

Take notice that the undersigned has filed a Statement of Supplemental Fees pursuant to SC LBR 2016-1(b)(2) as follows:

*Supplemental Fees in this Request: $650.00*
*Statement of Work: Preparation and filing of Motion for Moratorium due to the sudden loss of Mrs. Allen's job.*

These fees are added to any prior amounts charged. Unless an objection to the Statement is filed within fourteen (14) days of service or unless the Court orders otherwise, the supplemental fee shall be approved for disbursement subject to the terms of the confirmed plan and SC LBR 2016-1.

All supplemental fees approved for disbursement remain subject to the Court's consideration of the fee under 11 U.S.C. § 329(b) at any time prior to the closing of the case.

MAILING ADDRESS FOR OBJECTIONS:        U.S. Bankruptcy Court
                                       1100 Laurel Street
                                       Columbia, SC 29201

I hereby certify that notice of the Statement of Supplemental Fees was served on the Chapter 13 trustee by electronic transmission (NEF) and a copy of this document was served on debtor(s) on this date as follows:

**VIA US MAIL**
David and Julie Allen
5265 Lenora Drive
Summerville, SC 29485

Date: 12/5/24

Robert R. Meredith, Jr., DC ID #6152
rm@meredithlawfirm.com
Elizabeth R. Heilig, DC ID #10704
eheilig@meredithlawfirm.com
Meredith Law Firm, LLC
Attorneys for Debtors
4000 Faber Place Drive, Suite 120
North Charleston, SC 29405
843-529-9000
843-529-9907(f)